UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

Order Filed on September 17, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

John D. Brinkey,,

Case No.:  19-17722

Chapter :  13

Hearing Date: 9 / 12 / 2019

Judge:  JKS

## ORDER MODIFYING PROOF OF CLAIM FILED ON BEHALF OF JP MORGAN CHASE

The relief set forth on the following pages, numbered two (2) through 2 is hereby ORDERED.

**DATED: September 17, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: John D. Brinkley
Case No.: 19-17722-JKS
Caption of Order: Order to Modify Claim filed by JP Morgan Chase

This matter having come before the Court by motion of Donald C. Goins Esq., attorney for the debtor, John D. Brinkley, for entry of an Order Modifying the Proof of Claim filed by JP Morgan Chase (Claim No. 5) and, for good cause it is

HEREBY ORDERED that:

1. The Proof of filed by JP Morgan Chase (Claim No. 5) is hereby amended from $126,390.53 to $34,596.00.

_____
Honorable Judge John K. Sherwood, U.S.B.J.