UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

Order Filed on September 17, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

John D. Brinkey,,

Case No.: 19-17722

Chapter: 13

Hearing Date: 9 / 12 / 2019

Judge: JKS

## ORDER MODIFYING PROOF OF CLAIM FILED ON BEHALF OF JP MORGAN CHASE

The relief set forth on the following pages, numbered two (2) through 2 is hereby ORDERED.

**DATED: September 17, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor:             John D. Brinkley
Case No.:           19-17722-JKS
Caption of Order:   Order to Modify Claim filed by JP Morgan Chase

This matter having come before the Court by motion of Donald C. Goins Esq., attorney for the debtor, John D. Brinkley, for entry of an Order Modifying the Proof of Claim filed by JP Morgan Chase (Claim No. 5) and, for good cause it is

HEREBY ORDERED that:

1. The Proof of filed by JP Morgan Chase (Claim No. 5) is hereby amended from $126,390.53 to $34,596.00.

_____
Honorable Judge John K. Sherwood, U.S.B.J.

United States Bankruptcy Court
District of New Jersey

In re:  
John D Brinkley  
    Debtor

Case No. 19-17722-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 18, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.  
db         +John D Brinkley,    1115 Loraine Avenue,    Plainfield, NJ 07062-2026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:  
        Donald C. Goins    on behalf of Debtor John D Brinkley dcgoins1@gmail.com,  
         G25787@notify.cincompass.com  
        Marie-Ann   Greenberg    magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                        TOTAL: 4