UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

In Re:

John Brinkley,

Debtor.

Case No.:     19-17722-JKS

Chapter:     13

Hearing Date:     1/9/2020

Judge:     Sherwood

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 2014 Toyota Corolla (Docket # 27)

_____

Date: 1/8/2020                                    /s/ Denise Carlon
                                                  Signature

*rev.8/1/15*