DONALD C GOINS, ESQ
GOINS & GOINS PA
323 WASHINGTON AVE
ELIZABETH, NJ  07202

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
### Chapter 13 Case # 19-17722

Re:  JOHN D BRINKLEY  
     1115 LORAINE AVENUE  
     PLAINFIELD,  NJ  07062

Atty:  DONALD C GOINS, ESQ  
      GOINS & GOINS PA  
      323 WASHINGTON AVE  
      ELIZABETH, NJ  07202

### RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/03/2019 | $1,350.00 | 220670 | 06/04/2019 | $1,350.00 | 223101 |
| 07/09/2019 | $1,350.00 | 225731 | 08/06/2019 | $1,350.00 | 228131 |
| 09/17/2019 | $1,350.00 | 231477 | 10/09/2019 | $1,350.00 | 233525 |
| 11/08/2019 | $1,350.00 | 235794 | 12/12/2019 | $1,350.00 | 238341 |
| 01/14/2020 | $1,350.00 | 240527 | | | |

**Total Receipts: $12,150.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $12,150.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | |
| | 10/21/2019 | $3,719.79 | 835,673 | 11/18/2019 | $1,264.85 | 837,739 |
| | 12/16/2019 | $1,264.85 | 839,647 | 01/13/2020 | $1,264.85 | 841,535 |
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | |
| | 10/21/2019 | $43.96 | 836,364 | 10/22/2019 | ($43.96) | 836,364 |
| | 10/22/2019 | $43.96 | 836,656 | 11/18/2019 | $14.95 | 838,369 |
| | 12/16/2019 | $14.95 | 840,243 | 01/13/2020 | $14.95 | 842,122 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 517.05 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 4,907.50 | 100.00% | 0.00 | 4,907.50 |
| 0002 | MIDFIRST BANK | MORTGAGE ARRE | 24,620.66 | 100.00% | 7,514.34 | 17,106.32 |
| 0003 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 290.97 | 100.00% | 88.81 | 202.16 |
| 0006 | JPMORGAN CHASE | UNSECURED | 34,596.00 | 100.00% | 0.00 | 34,596.00 |
| 0007 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 5,293.31 | 100.00% | 0.00 | 5,293.31 |
| 0008 | U.S. DEPT. OF HOUSING & URBAN DEVEI | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $10,870.20**
See Summary

**Chapter 13 Case # 19-17722**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $12,150.00    -    Paid to Claims: $7,603.15    -    Admin Costs Paid: $3,267.05    =    Funds on Hand: $1,279.80

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.