| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>   JOHN D BRINKLEY |

Order Filed on September 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-17722 JKS

Hearing Date:  9/24/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 25, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JOHN D BRINKLEY

Case No.: 19-17722

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/24/2020 on notice to DONALD C GOINS, ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan and an amended Schedule I and J with certification of Covid-19 hardship by 9/29/2020 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan and an amended Schedule I and J with certification of Covid-19 hardship has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.