|                        | UNITED STATES BANKRUPTCY COURT |
|                        | DISTRICT OF NEW JERSEY |

IN RE:

John D. Brinkley,

**Case No.:** 19-17722

**Hearing Date:** _____

Debtor(s)

**Judge:** JKS

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I[We], John D. Brinkley, _____ am [are ] the debtor [s] in the above-captioned Ch. 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket on 9 / 29 / 2020 .

1)   The Chapter 13 plan was originally confirmed by order entered on 10 / 2 / 2019 .

2)   I was current with plan payments through May 2020 .

3)   I was current with post-petition mortgage payments through May 2020 on property located at 1115 Loraine Avenue, Plainfield NJ 07062

[If not applicable, skip] [if more than 1 property add additional lines]

a)   The mortgage payments referred to above are ☑ contractual payments ☐ adequate protection payments. [Check one]

b)   I am current with post-petition real estate taxes on the property located at

1115 Loraine Avenue, Plainfield NJ 07062

○ YES ⦿ NO

c)   I have current liability insurance on the property and can provide proof thereof.

⦿ YES ○ NO

4)   If the confirmed plan includes a cram down on a mortgage, then answer the following:

a)   I am current with post-petition real estate taxes on the property located at

N/A

○ YES ○ NO

b)   I have current liability insurance on the property and can provide proof thereof.

○ YES ○ NO

5)  I was current with post-petition auto payments through ___August 2020___ on the following automobile(s). [If not applicable, skip]

_____

6)  The change in my household income previously reported on Schedule I is $ ___-400.00___.
My current household income is $ ___4,352.00___. I have attached a current paystubs or proof of the change in income to this certification. [Redact any personally identifiable information before docketing.] My current total household expenses are now $ ___3,377.33___.

7)  As a result of COVID-19 I have suffered a material financial hardship which has impacted me in the following way:

> Part of my Chapter 13 budget is that I received $1,000.00 each month from my children to help me with my expenses. Since the pandemic began, my children were out of work for a few months. Their inability to work resulted in them being unable to make their monthly contribution to my case. Currently, my children are back to work but they are catching up on their own bills and they cannot contribute as much to my case as they had before.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  9 / 29 / 2020                              _____
                                                                              Debtor Signature

Dated: _____           _____
                                                                              Debtor Signature