DONALD C GOINS, ESQ
GOINS & GOINS PA
323 WASHINGTON AVE
ELIZABETH, NJ  07202

Re:  JOHN D BRINKLEY　　　　　　　　　　　　　　　Atty:   DONALD C GOINS, ESQ
　　　1115 LORAINE AVENUE　　　　　　　　　　　　　　　　　　　GOINS & GOINS PA
　　　PLAINFIELD,  NJ  07062　　　　　　　　　　　　　　　　　　323 WASHINGTON AVE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH, NJ  07202

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 19-17722

## RECEIPTS AS OF 01/15/2021          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/03/2019 | $1,350.00 | 220670 | 06/04/2019 | $1,350.00 | 223101 |
| 07/09/2019 | $1,350.00 | 225731 | 08/06/2019 | $1,350.00 | 228131 |
| 09/17/2019 | $1,350.00 | 231477 | 10/09/2019 | $1,350.00 | 233525 |
| 11/08/2019 | $1,350.00 | 235794 | 12/12/2019 | $1,350.00 | 238341 |
| 01/14/2020 | $1,350.00 | 240527 | 02/07/2020 | $1,350.00 | 242895 |
| 03/17/2020 | $1,350.00 | 245838 | 04/14/2020 | $150.00 | 247154 |
| 04/24/2020 | $500.00 | 247730 | 05/11/2020 | $500.00 | 248403 |
| 06/15/2020 | $350.00 | 250018 | 07/20/2020 | $350.00 | 252489 |
| 08/20/2020 | $250.00 | 254115 | 09/11/2020 | $350.00 | 256071 |
| 10/07/2020 | $1,500.00 | 257806 | 10/28/2020 | $718.96 | 258838 |
| 11/20/2020 | $1,100.00 | 259476 | 11/30/2020 | $800.00 | 260558 |
| 12/08/2020 | $318.96 | 260765 | 12/29/2020 | $1,000.00 | 261835 |
| 01/04/2021 | $500.00 | 261195 | | | |

**Total Receipts: $23,237.92  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $23,237.92**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021          (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | | |
| | 10/21/2019 | $3,719.79 | 835,673 | | 11/18/2019 | $1,264.85 | 837,739 |
| | 12/16/2019 | $1,264.85 | 839,647 | | 01/13/2020 | $1,264.85 | 841,535 |
| | 02/10/2020 | $1,227.20 | 843,420 | | 03/16/2020 | $1,227.21 | 845,341 |
| | 04/20/2020 | $1,227.21 | 847,279 | | 05/18/2020 | $560.97 | 849,126 |
| | 06/15/2020 | $431.51 | 850,820 | | 07/20/2020 | $310.44 | 852,643 |
| | 08/17/2020 | $310.44 | 854,499 | | 09/21/2020 | $221.75 | 856,337 |
| | 10/19/2020 | $297.38 | 858,196 | | 10/19/2020 | $13.63 | 858,196 |
| | 11/16/2020 | $1,885.35 | 859,981 | | 11/16/2020 | $86.38 | 859,981 |
| | 12/21/2020 | $1,614.34 | 861,820 | | 12/21/2020 | $73.96 | 861,820 |
| | 01/11/2021 | $271.02 | 863,572 | | 01/11/2021 | $12.42 | 863,572 |

Chapter 13 Case # 19-17722

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | |
| | 10/21/2019 | $43.96 | 836,364 | 10/22/2019 | ($43.96) | 836,364 |
| | 10/22/2019 | $43.96 | 836,656 | 11/18/2019 | $14.95 | 838,369 |
| | 12/16/2019 | $14.95 | 840,243 | 01/13/2020 | $14.95 | 842,122 |
| | 02/10/2020 | $14.50 | 844,002 | 02/10/2020 | $38.09 | 844,002 |
| | 03/16/2020 | $14.50 | 845,952 | 03/16/2020 | $38.09 | 845,952 |
| | 04/20/2020 | $14.50 | 847,913 | 04/20/2020 | $38.09 | 847,913 |
| | 05/18/2020 | $6.63 | 849,680 | 05/18/2020 | $17.41 | 849,680 |
| | 06/15/2020 | $5.10 | 851,364 | 06/15/2020 | $13.39 | 851,364 |
| | 07/20/2020 | $9.64 | 853,240 | 08/17/2020 | $7.34 | 855,050 |
| | 08/17/2020 | $9.64 | 855,050 | 09/21/2020 | $6.88 | 856,933 |
| | 10/19/2020 | $6.13 | 858,760 | 10/19/2020 | $9.23 | 858,760 |
| | 11/16/2020 | $22.28 | 860,534 | 11/16/2020 | $58.53 | 860,534 |
| | 12/21/2020 | $19.08 | 862,428 | 12/21/2020 | $50.11 | 862,428 |
| | 01/11/2021 | $8.41 | 864,021 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,315.29 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 4,907.50 | 100.00% | 0.00 | 4,907.50 |
| 0002 | MIDFIRST BANK | MORTGAGE ARRE | 24,620.66 | 100.00% | 17,099.16 | 7,521.50 |
| 0003 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 290.97 | 100.00% | 198.87 | 92.10 |
| 0006 | JPMORGAN CHASE | UNSECURED | 34,596.00 | 100.00% | 0.00 | 34,596.00 |
| 0007 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 5,293.31 | 100.00% | 0.00 | 5,293.31 |
| 0008 | U.S. DEPT. OF HOUSING & URBAN DEVEL | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | TOYOTA MOTOR CREDIT CORPORATION | (NEW) Auto Agreed | 531.00 | 100.00% | 297.51 | 233.49 |
| 0010 | MIDFIRST BANK | (NEW) MTG Agree | 531.00 | 100.00% | 186.39 | 344.61 |

Total Paid: $21,847.22
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $23,237.92   -   Paid to Claims: $17,781.93   -   Admin Costs Paid: $4,065.29   =   Funds on Hand: $1,390.70

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.