UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

| | |
|---|---|
| In Re:<br><br>John D. Brinkley, | Case No.: _____19-17722_____<br><br>Judge: _____JKS_____<br><br>Chapter:        13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.     ☐ Motion for Relief from the Automatic Stay filed by _____ ,

   creditor,

   A hearing has been scheduled for _____, at _____.

       ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

       ☒ Certification of Default filed by _____Midfirst Bank_____ ,

   I am requesting a hearing be scheduled on this matter.

2.     I oppose the above matter for the following reasons **(choose one)**:

       ☐ Payments have been made in the amount of $ _____, but have not

   been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒  Other **(explain your answer)**:
At the end of December, I sent the first part of my January 2021 mortgage
payment. I don't see that payment on the payment history and I am in the process
of getting proof of that payment to my attorney. Once that payment is accounted
for, I should only be due for my May 2021 payment.

3.        This certification is being made in an effort to resolve the issues raised in the certification
          of default or motion.

4.        I certify under penalty of perjury that the above is true.


Date: 5 / 7 / 2021                              /s/ John D. Brinkley
                                                Debtor's Signature


Date: _____                      _____
                                                Debtor's Signature


**NOTES:**

1.        Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
          13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
          opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
          Dismiss.

2.        Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
          Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
          Default.

*rev.8/1/15*