Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−17722−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John D Brinkley
    1115 Loraine Avenue
    Plainfield, NJ 07062

Social Security No.:
    xxx−xx−5110

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/27/21 at 10:00 AM

to consider and act upon the following:

*63* − Creditor's Certification of Default (related document:34 Motion for Relief from Stay re: re: 1115 Loraine Avenue, Plainfield, NJ 07062. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 53 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 61 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 05/14/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*64* − Certification in Opposition to (related document:63 Creditor's Certification of Default (related document:34 Motion for Relief from Stay re: re: 1115 Loraine Avenue, Plainfield, NJ 07062. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 53 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 61 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 05/14/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Donald C. Goins on behalf of John D Brinkley. (Goins, Donald)

Dated: 5/7/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court