UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

John Brinkley,

Debtor.

Case No.:      19-17722-JKS

Chapter:              13

Hearing Date:      5/27/2021

Judge:              Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 63)

Date: 5/20/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*