UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
John D. Brinkley,

Case No.: 19-17722

Chapter: 13

Judge: JKS

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I [We], __John D. Brinkley__, am [are] the debtor[s] in the above-captioned Chapter 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket.

1) The Chapter 13 Plan was originally confirmed by order entered on __10 / 2 / 2019__.

2) I was current with plan payments through __June 2021__.

3) I was current with post-petition mortgage payments through __1 / 1 / 2021__ on property located at __1115 Lorraine Avenue, Plainfield NJ 07062__.

   [If not applicable, skip] [if more than 1 property, add additional lines]
   a) The mortgage payments referred to above are [check one]:

      ☒ contractual payments

      ☐ adequate protection payments

   b) I am current with post-petition real estate taxes on the property located at 1115 Lorraine Avenue, Plainfield NJ 07062.

      ○ YES  ● NO

   c) I have current liability insurance on the property and can provide proof thereof.

      ● YES  ○ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:
   a) I am current with post-petition real estate taxes on the property located at _____.

      ○ YES  ○ NO

   b) I have current liability insurance on the property and can provide proof thereof.
      ○ YES  ○ NO

5) I was current with post-petition auto payments through _____May 2021_____ on the following automobile(s). [If not applicable, skip]
2014 Toyota Corolla

6) The change in my household income previously reported on Schedule I is $ __-400.00__.
My current household income is $ _4,352.00_. I have attached a current paystub or proof of the change in income to this certification [Redact any personally identifiable information before docketing.]
My current total household expenses are now $ _3,377.33_.

7) As a result of COVID-19, I have suffered a material financial hardship which has impacted me in the following way:

> My original budget included $1,000.00 in monthly contributions from my children to help me with my expenses. COVID-19 caused them to either take time off or work less and they began earning leass money. Since their incomes were reduced, they have not been able to contribute as much money each month.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 6 / 22 / 2021

/s/ John D. Brinkley
Debtor's Signature

Dated: _____

_____
Debtor's Signature

*new.12/2020*

2