Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−17722−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　John D Brinkley
　1115 Loraine Avenue
　Plainfield, NJ 07062

Social Security No.:
　xxx−xx−5110

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

　NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 25, 2021.

Dated: June 25, 2021
JAN: zlh

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John D Brinkley  
    Debtor

Case No. 19-17722-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 25, 2021 | Form ID: plncf13 | Total Noticed: 11 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John D Brinkley, 1115 Loraine Avenue, Plainfield, NJ 07062-2026 |
| 518233828 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518186271 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, TOYOTA Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 518285238 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 25 2021 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 25 2021 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518186269 | | Email/Text: bankruptcycare@affinityfcu.com | Jun 25 2021 20:44:00 | Affinity FCU, 73 Mountain Rd Bldg 200, Basking Ridge, NJ 07920-3854 |
| 518285239 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 25 2021 20:48:32 | JPMorgan Chase Bank, N.A., 700 Kansas Lane, Mail Code LA4-5555, Monroe, LA 71203 |
| 518186270 | | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jun 25 2021 20:48:33 | MIDLAND Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518318199 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jun 25 2021 20:49:06 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518216745 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 25 2021 20:49:06 | U.S. Department of Housing and Urban Development, j451 7th Street S.W., Washington, DC 20410-0001 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 25, 2021 | Form ID: plncf13 | Total Noticed: 11 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Debtor John D Brinkley dcgoins1@gmail.com  G25787@notify.cincompass.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7