DONALD C GOINS, ESQ
GOINS & GOINS PA
323 WASHINGTON AVE
ELIZABETH, NJ  07202


Re:  JOHN D BRINKLEY                                   Atty:  DONALD C GOINS, ESQ
     1115 LORAINE AVENUE                                      GOINS & GOINS PA
     PLAINFIELD,  NJ  07062                                   323 WASHINGTON AVE
                                                              ELIZABETH, NJ  07202


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
### Chapter 13 Case # 19-17722

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $93,633.92**

### RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/03/2019 | $1,350.00 | 220670 | 06/04/2019 | $1,350.00 | 223101 |
| 07/09/2019 | $1,350.00 | 225731 | 08/06/2019 | $1,350.00 | 228131 |
| 09/17/2019 | $1,350.00 | 231477 | 10/09/2019 | $1,350.00 | 233525 |
| 11/08/2019 | $1,350.00 | 235794 | 12/12/2019 | $1,350.00 | 238341 |
| 01/14/2020 | $1,350.00 | 240527 | 02/07/2020 | $1,350.00 | 242895 |
| 03/17/2020 | $1,350.00 | 245838 | 04/14/2020 | $150.00 | 247154 |
| 04/24/2020 | $500.00 | 247730 | 05/11/2020 | $500.00 | 248403 |
| 06/15/2020 | $350.00 | 250018 | 07/20/2020 | $350.00 | 252489 |
| 08/20/2020 | $250.00 | 254115 | 09/11/2020 | $350.00 | 256071 |
| 10/07/2020 | $1,500.00 | 257806 | 10/28/2020 | $718.96 | 258838 |
| 11/20/2020 | $1,100.00 | 259476 | 11/30/2020 | $800.00 | 260558 |
| 12/08/2020 | $318.96 | 260765 | 12/29/2020 | $1,000.00 | 261835 |
| 01/04/2021 | $500.00 | 261195 | 01/25/2021 | $500.00 | 263012 |
| 02/03/2021 | $470.00 | 263490 | 02/12/2021 | $500.00 | 264239 |
| 02/25/2021 | $470.00 | 264785 | 03/05/2021 | $470.00 | 264922 |
| 03/16/2021 | $500.00 | 265802 | 04/14/2021 | $970.00 | 271081 |
| 05/11/2021 | $500.00 | 272773 | 06/02/2021 | $470.00 | 273725 |
| 06/10/2021 | $470.00 | 274704 | 06/24/2021 | $500.00 | 971999 |
| 07/13/2021 | $1,122.00 | 973124 | 08/19/2021 | $1,122.00 | 975091 |
| 09/20/2021 | $172.00 | 977661 | 09/28/2021 | $950.00 | 977332 |
| 10/13/2021 | $950.00 | 979139 | 10/26/2021 | $172.00 | 979849 |
| 11/08/2021 | $700.00 | 980780 | 11/29/2021 | $422.00 | 981822 |
| 12/14/2021 | $700.00 | 982980 | 12/23/2021 | $422.00 | 983604 |

**Total Receipts: $35,789.92  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $35,789.92**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

**Chapter 13 Case # 19-17722**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE | | | | | | |
| | 07/19/2021 | $662.33 | 873,721 | 08/16/2021 | $766.12 | 875,406 |
| | 09/20/2021 | $766.12 | 877,123 | 10/18/2021 | $766.12 | 878,905 |
| | 11/17/2021 | $774.27 | 880,610 | 12/13/2021 | $483.06 | 882,246 |
| | 01/10/2022 | $1,065.49 | 883,905 | | | |
| MIDFIRST BANK | | | | | | |
| | 10/21/2019 | $3,719.79 | 835,673 | 11/18/2019 | $1,264.85 | 837,739 |
| | 12/16/2019 | $1,264.85 | 839,647 | 01/13/2020 | $1,264.85 | 841,535 |
| | 02/10/2020 | $1,227.20 | 843,420 | 03/16/2020 | $1,227.21 | 845,341 |
| | 04/20/2020 | $1,227.21 | 847,279 | 05/18/2020 | $560.97 | 849,126 |
| | 06/15/2020 | $431.51 | 850,820 | 07/20/2020 | $310.44 | 852,643 |
| | 08/17/2020 | $310.44 | 854,499 | 09/21/2020 | $221.75 | 856,337 |
| | 10/19/2020 | $297.38 | 858,196 | 10/19/2020 | $13.63 | 858,196 |
| | 11/16/2020 | $1,885.35 | 859,981 | 11/16/2020 | $86.38 | 859,981 |
| | 12/21/2020 | $1,614.34 | 861,820 | 12/21/2020 | $73.96 | 861,820 |
| | 01/11/2021 | $271.02 | 863,572 | 01/11/2021 | $12.42 | 863,572 |
| | 02/22/2021 | $1,034.65 | 865,326 | 02/22/2021 | $1,205.75 | 865,326 |
| | 03/15/2021 | $406.32 | 867,115 | 03/15/2021 | $473.51 | 867,115 |
| | 04/19/2021 | $406.32 | 868,853 | 04/19/2021 | $473.52 | 868,853 |
| | 05/17/2021 | $406.32 | 870,726 | 05/17/2021 | $473.52 | 870,726 |
| | 06/21/2021 | $344.51 | 872,539 | 06/21/2021 | $552.53 | 872,539 |
| | 07/19/2021 | $94.26 | 874,316 | 07/19/2021 | $151.17 | 874,316 |
| | 08/16/2021 | $109.03 | 876,006 | 08/16/2021 | $174.86 | 876,006 |
| | 09/20/2021 | $109.03 | 877,762 | 09/20/2021 | $174.86 | 877,762 |
| | 10/18/2021 | $109.03 | 879,507 | 10/18/2021 | $174.86 | 879,507 |
| | 11/17/2021 | $110.19 | 881,217 | 11/17/2021 | $176.72 | 881,217 |
| | 12/13/2021 | $68.74 | 882,836 | 12/13/2021 | $110.25 | 882,836 |
| | 01/10/2022 | $151.63 | 884,484 | 01/10/2022 | $243.18 | 884,484 |
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | |
| | 10/21/2019 | $43.96 | 836,364 | 10/22/2019 | ($43.96) | 836,364 |
| | 10/22/2019 | $43.96 | 836,656 | 11/18/2019 | $14.95 | 838,369 |
| | 12/16/2019 | $14.95 | 840,243 | 01/13/2020 | $14.95 | 842,122 |
| | 02/10/2020 | $14.50 | 844,002 | 02/10/2020 | $38.09 | 844,002 |
| | 03/16/2020 | $14.50 | 845,952 | 03/16/2020 | $38.09 | 845,952 |
| | 04/20/2020 | $14.50 | 847,913 | 04/20/2020 | $38.09 | 847,913 |
| | 05/18/2020 | $6.63 | 849,680 | 05/18/2020 | $17.41 | 849,680 |
| | 06/15/2020 | $5.10 | 851,364 | 06/15/2020 | $13.39 | 851,364 |
| | 07/20/2020 | $9.64 | 853,240 | 08/17/2020 | $7.34 | 855,050 |
| | 08/17/2020 | $9.64 | 855,050 | 09/21/2020 | $6.88 | 856,933 |
| | 10/19/2020 | $6.13 | 858,760 | 10/19/2020 | $9.23 | 858,760 |
| | 11/16/2020 | $22.28 | 860,534 | 11/16/2020 | $58.53 | 860,534 |
| | 12/21/2020 | $19.08 | 862,428 | 12/21/2020 | $50.11 | 862,428 |
| | 01/11/2021 | $8.41 | 864,021 | 02/22/2021 | $15.43 | 865,960 |
| | 02/22/2021 | $32.12 | 865,960 | 03/15/2021 | $12.61 | 867,563 |
| | 04/19/2021 | $9.60 | 869,454 | 04/19/2021 | $12.61 | 869,454 |
| | 05/17/2021 | $12.61 | 871,246 | 06/21/2021 | $8.87 | 873,107 |
| | 06/21/2021 | $10.70 | 873,107 | 08/16/2021 | $6.31 | 876,539 |
| | 10/18/2021 | $6.76 | 880,052 | 11/17/2021 | $6.28 | 881,729 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,092.95 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 4,907.50 | * | 0.00 | |
| 0002 | MIDFIRST BANK | MORTGAGE ARRE | 24,620.66 | 100.00% | 20,449.19 | |
| 0003 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 290.97 | 100.00% | 239.05 | |
| 0006 | JPMORGAN CHASE | MTGS PD IN FULL | 34,596.00 | 100.00% | 5,283.51 | |

Chapter 13 Case # 19-17722

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0007 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 5,293.31 | * | 0.00 | |
| 0008 | U.S. DEPT. OF HOUSING & URBAN DEVEL | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0009 | TOYOTA MOTOR CREDIT CORPORATION | (NEW) Auto Agreed | 531.00 | 100.00% | 391.23 | |
| 0010 | MIDFIRST BANK | (NEW) MTG Agree | 11,261.28 | 100.00% | 4,571.12 | |

**Total Paid: $35,777.05**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $35,789.92    -    Paid to Claims: $30,934.10    -    Admin Costs Paid: $4,842.95    =    Funds on Hand: $12.87

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.