UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

John D. Brinkley,

_____

Debtor(s)

Case No.: 19-17722

Hearing Date: March 10, 2022

Judge: JKS

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I[We], _____ John D. Brinkley _____ am [are ] the debtor [s] in the above-captioned Ch. 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket on __1 / 27 / 2022__ .

1) The Chapter 13 plan was originally confirmed by order entered on __6 / 25 / 2021__ .

2) I was current with plan payments through __June 2021__ .

3) I was current with post-petition mortgage payments through __1 / 1 / 2021__ on property located at 1115 Lorraine Avenue, Plainfield NJ 07062 _____ .

[If not applicable, skip] [if more than 1 property add additional lines]

   a) The mortgage payments referred to above are ☑ contractual payments ☐ adequate protection payments. [Check one]

   b) I am current with post-petition real estate taxes on the property located at

   1115 Lorraine Avenue, Plainfield NJ 07062 _____ .

      ○ YES ◉ NO

   c) I have current liability insurance on the property and can provide proof thereof.

      ◉ YES ○ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:

   a) I am current with post-petition real estate taxes on the property located at

   _____ .

      ○ YES ○ NO

   b) I have current liability insurance on the property and can provide proof thereof.

      ○ YES ○ NO

5) I was current with post-petition auto payments through _____May 2021_____ on the following automobile(s). [If not applicable, skip]

2014 Toyota Corrolla

6) The change in my household income previously reported on Schedule I is $ _____- 400.00_____. My current household income is $_____4,352.51_____. I have attached a current paystubs or proof of the change in income to this certification. [Redact any personally identifiable information before docketing.] My current total household expenses are now $ _3,230.71_____.

7) As a result of COVID-19 I have suffered a material financial hardship which has impacted me in the following way:

My original budget included $1,000.00 in monthly contributions from my children to help me with my expenses. COVID-19 caused them to either miss time from work or work fewer hours. Therefore, they earned less money and were unable to contribute the as much money to my expenses every month.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 3 / 4 / 2022 _____          _____
                                                                                     Debtor Signature

Dated: _____          _____
                                                                                     Debtor Signature