# EXHIBIT B

UNITED STATES BANKRUPTCY
COURT <u>DISTRICT OF NEW JERSEY</u>
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 19-17722 JKS
CHAPTER 13
Judge: John K. Sherwood

In re:

John D. Brinkley

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 02/20/2004

I, **Anna Becerril**, employed as **Vice President** by MidFirst Bank, hereby certifies the following information:

Recorded on February 26, 2004 in <u>Union</u> County, in Instrument Number 301850
Property Address: <u>1115 Loraine Avenue, Plainfield NJ 07062.</u>

Mortgage Holder: <u>MidFirst Bank</u>

Mortgagor(s)/ Debtor(s): <u>John D. Brinkley</u>

POST-PETITION PAYMENTS (Petition filed on April 16, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 06/02/2021. | | | | | $2,350.45 |
| $814.45 | | Agreed Order Payment | From Suspense | 06/10/2021 | $1,536.00 |
| $1,333.65 | 06/01/2021 | 06/2021 | From Suspense | 06/18/2021 | $202.35 |
| $1,333.65 | 07/01/2021 | 07/2021 | $1,536.00 | 08/02/2021 | $404.70 |
| $1,333.65 | 08/01/2021 | 08/2021 | $1,536.00 | 08/27/2021 | $607.05 |
| $1,333.65 | 09/01/2021 | 09/2021 | $1,536.00 | 09/03/2021 | $809.40 |
| ($1,333.65) | | 09/2021 Reversed Payment NSF | ($1,333.65) | 09/08/2021 | $809.40 |
| | | 09/2021 Reversed Payment NSF | ($202.35) | 09/08/2021 | $607.05 |
| $1,333.65 | 09/01/2021 | 09/2021 | $1,536.00 | 09/22/2021 | $809.40 |
| $1,333.65 | 10/01/2021 | 10/2021 | $1,536.00 | 11/02/2021 | $1,011.75 |
| $1,333.65 | 11/01/2021 | 11/2021 | $1,351.98 | 12/07/2021 | $1,030.08 |
| $1,333.65 | 12/01/2021 | 12/2021 | $1,351.98 | 12/30/2021 | $1,048.41 |
| | | To Suspense | $1,351.98 | 02/03/2022 | $2,400.39 |
| $1,351.98 | 01/01/2022 | 01/2022 | From Suspense | 02/03/2022 | $1,048.41 |

|            |            | To Suspense | $1,351.98  | 02/28/2022 | $2,400.39 |
|------------|------------|-------------|------------|------------|-----------|
| $1,589.71  | 02/01/2022 | 02/2022     | From Suspense | 02/28/2022 | $810.68 |
| $1,589.71  | 03/01/2022 | 03/2022     | $1,589.71  | 04/12/2022 | $810.68   |
| $1,589.71  | 04/01/2022 | 04/2022     | $1,589.71  | 04/29/2022 | $810.68   |
| $1,589.71  | 05/01/2022 | 05/2022     | $1,589.71  | 06/01/2022 | $810.68   |
| $1,589.71  | 06/01/2022 |             | $0.00      |            | $810.68   |
| $1,589.71  | 07/01/2022 |             | $0.00      |            | $810.68   |
| $1,589.71  | 08/01/2022 |             | $0.00      |            | $810.68   |
| Total Due: $22,629.95 || Total Received+Suspense: $18,671.50 || Arrears: $3,958.45 |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $1,589.71 _____
Arrears: $3,958.45

Each current monthly payment is comprised of:
    Principal and Interest  $458.25 _____
    R.E. Taxes:  $_____
    Insurance:  $_____
    Other:  $1,131.46 _____ (Specify:_Escrow_)
    TOTAL  $1,589.71 _____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change: Filed 01/06/2020 effective 02/01/2020, Filed 01/11/2021 effective 02/01/2021, Filed 01/04/2022 effective 02/01/2022.

PRE-PETITION ARREARS: $24,620.66

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 08/16/2022

Signature _Anna Becerril_
Anna Becerril
Vice President