UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

 John Brinkley,

 Debtor.

Case No.:        19-17722-JKS

Chapter:               13

Hearing Date:      09/22/2022

Judge:           Sherwood

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below

has been:

☒  Settled                ☐  Withdrawn

Matter:  Secured Creditor's Certification of Default (Docket # 103)

_____

Date: 09/19/2022                          /s/ Denise Carlon
                                          Signature

*rev.8/1/15*