Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.:  19−17722−JKS
                      Chapter:  13
                      Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John D Brinkley
   1115 Loraine Avenue
   Plainfield, NJ 07062

Social Security No.:
   xxx−xx−5110

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/12/25 at 10:00 AM

to consider and act upon the following:

*133* – Creditor's Certification of Default (related document:120 Order Resolving Creditor's Certification of Default) filed by Richard Abel on behalf of MIDFIRST BANK. Objection deadline is 05/14/2025. (Attachments: # 1 Exhibit A – Order Curing Post−Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Abel, Richard)

*134* – Certification in Opposition to Creditor certification of default (related document:133 Creditor's Certification of Default (related document:120 Order Resolving Creditor's Certification of Default) filed by Richard Abel on behalf of MIDFIRST BANK. Objection deadline is 05/14/2025. (Attachments: # 1 Exhibit A – Order Curing Post−Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Donald C. Goins on behalf of John D Brinkley. (Goins, Donald)

Dated: 5/15/25

                                                              Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court