Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−17722−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John D Brinkley
    1115 Loraine Avenue
    Plainfield, NJ 07062

Social Security No.:
    xxx−xx−5110

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/25/25 at 10:00 AM

to consider and act upon the following:

*139* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/10/2025. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*141* − Certification in Opposition to (related document: 139 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg. Modified link on 9/5/2025 (zlh).

Dated: 9/5/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court