| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 25, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   JOHN D BRINKLEY | Case No.:  19-17722 JKS<br><br>Hearing Date:  9/25/2025 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: September 25, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JOHN D BRINKLEY

Case No.: 19-17722

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/25/2025 on notice to DONALD C GOINS, ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,986.00 starting on 10/1/2025 for the remaining 7 month(s); and it is further

- ORDERED, that the Debtor(s) must pay $1,471.00 by 10/9/2025 or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney.