DONALD C GOINS, ESQ
GOINS & GOINS, LLC
323 WASHINGTON AVE
ELIZABETH, NJ  07202

Re:   JOHN D BRINKLEY                      Atty:   DONALD C GOINS, ESQ
      1115 LORAINE AVENUE                          GOINS & GOINS, LLC
      PLAINFIELD,  NJ  07062                       323 WASHINGTON AVE
                                                   ELIZABETH,  NJ  07202

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
Chapter 13 Case # 19-17722

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $98,711.92**

## RECEIPTS AS OF 01/15/2026          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 05/03/2019 | $1,350.00 | 220670 | 06/04/2019 | $1,350.00 | 223101 |
| 07/09/2019 | $1,350.00 | 225731 | 08/06/2019 | $1,350.00 | 228131 |
| 09/17/2019 | $1,350.00 | 231477 | 10/09/2019 | $1,350.00 | 233525 |
| 11/08/2019 | $1,350.00 | 235794 | 12/12/2019 | $1,350.00 | 238341 |
| 01/14/2020 | $1,350.00 | 240527 | 02/07/2020 | $1,350.00 | 242895 |
| 03/17/2020 | $1,350.00 | 245838 | 04/14/2020 | $150.00 | 247154 |
| 04/24/2020 | $500.00 | 247730 | 05/11/2020 | $500.00 | 248403 |
| 06/15/2020 | $350.00 | 250018 | 07/20/2020 | $350.00 | 252489 |
| 08/20/2020 | $250.00 | 254115 | 09/11/2020 | $350.00 | 256071 |
| 10/07/2020 | $1,500.00 | 257806 | 10/28/2020 | $718.96 | 258838 |
| 11/20/2020 | $1,100.00 | 259476 | 11/30/2020 | $800.00 | 260558 |
| 12/08/2020 | $318.96 | 260765 | 12/29/2020 | $1,000.00 | 261835 |
| 01/04/2021 | $500.00 | 261195 | 01/25/2021 | $500.00 | 263012 |
| 02/03/2021 | $470.00 | 263490 | 02/12/2021 | $500.00 | 264239 |
| 02/25/2021 | $470.00 | 264785 | 03/05/2021 | $470.00 | 264922 |
| 03/16/2021 | $500.00 | 265802 | 04/14/2021 | $970.00 | 271081 |
| 05/11/2021 | $500.00 | 272773 | 06/02/2021 | $470.00 | 273725 |
| 06/10/2021 | $470.00 | 274704 | 06/24/2021 | $500.00 | 971999 |
| 07/13/2021 | $1,122.00 | 973124 | 08/19/2021 | $1,122.00 | 975091 |
| 09/20/2021 | $172.00 | 977661 | 09/28/2021 | $950.00 | 977332 |
| 10/13/2021 | $950.00 | 979139 | 10/26/2021 | $172.00 | 979849 |
| 11/08/2021 | $700.00 | 980780 | 11/29/2021 | $422.00 | 981822 |
| 12/14/2021 | $700.00 | 982980 | 12/23/2021 | $422.00 | 983604 |
| 02/11/2022 | $700.00 | 986477 | 02/18/2022 | $700.00 | 984459 |
| 02/24/2022 | $422.00 | 985362 | 02/24/2022 | $421.00 | 987164 |
| 03/09/2022 | $700.00 | 987970 | 03/29/2022 | $421.00 | 988396 |
| 04/20/2022 | $700.00 | 989942 | 04/28/2022 | $421.00 | 991342 |
| 05/10/2022 | $700.00 | 992126 | 05/24/2022 | $421.00 | 993127 |

**Chapter 13 Case # 19-17722**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/10/2022 | $500.00 | 994311 | 07/01/2022 | $621.00 | 995288 |
| 07/19/2022 | $400.00 | 996444 | 07/28/2022 | $721.00 | 997426 |
| 08/23/2022 | $500.00 | 998875 | 08/23/2022 | $621.00 | 999326 |
| 09/13/2022 | $500.00 | 1000466 | 09/30/2022 | $621.00 | 1001531 |
| 10/19/2022 | $500.00 | 1003066 | 10/25/2022 | $621.00 | 1003329 |
| 11/14/2022 | $500.00 | 1004249 | 11/22/2022 | $621.00 | 1005194 |
| 12/08/2022 | $500.00 | 1005962 | 01/09/2023 | $621.00 | 1007305 |
| 01/25/2023 | $1,121.00 | 1008918 | 02/24/2023 | $1,121.00 | 1010499 |
| 03/27/2023 | $1,121.00 | 1012441 | 04/18/2023 | $600.00 | 1013879 |
| 05/01/2023 | $521.00 | 1014813 | 05/09/2023 | $500.00 | 1015736 |
| 05/30/2023 | $621.00 | 1016836 | 06/13/2023 | $500.00 | 67396 |
| 06/27/2023 | $621.00 | 68319 | 08/01/2023 | $1,121.00 | 70500 |
| 08/10/2023 | $500.00 | 71372 | 08/24/2023 | $621.00 | 115483 |
| 09/13/2023 | $500.00 | 116783 | 09/27/2023 | $621.00 | 117854 |
| 10/26/2023 | $1,121.00 | 119770 | 11/15/2023 | $500.00 | 121140 |
| 12/19/2023 | $300.00 | 123436 | 12/27/2023 | $821.00 | 123974 |
| 01/24/2024 | $1,121.00 | 125778 | 02/27/2024 | $1,121.00 | 128012 |
| 04/23/2024 | $1,121.00 | 131905 | 04/29/2024 | $1,121.00 | 130240 |
| 05/24/2024 | $1,121.00 | 134175 | 07/01/2024 | $1,121.00 | 150885 |
| 07/29/2024 | $1,121.00 | 152739 | 08/28/2024 | $1,121.00 | 155202 |
| 10/08/2024 | $1,121.00 | 157179 | 10/22/2024 | $1,121.00 | 158829 |
| 12/10/2024 | $1,121.00 | 161363 | 12/30/2024 | $1,121.00 | 163496 |
| 02/20/2025 | $1,121.00 | 165986 | 03/11/2025 | $1,121.00 | 168234 |
| 03/28/2025 | $1,121.00 | 169540 | 05/14/2025 | $1,121.00 | 171911 |
| 05/29/2025 | $1,121.00 | 174309 | 07/02/2025 | $1,121.00 | 176899 |
| 07/24/2025 | $1,121.00 | 178155 | 10/15/2025 | $1,471.00 | 184555 |
| 10/22/2025 | $1,986.00 | 185351 | 01/09/2026 | $3,972.00 | 189635 |

**Total Receipts: $90,801.92  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $90,801.92**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE | | | | | | |
| | 07/19/2021 | $662.33 | 873,721 | 08/16/2021 | $766.12 | 875,406 |
| | 09/20/2021 | $766.12 | 877,123 | 10/18/2021 | $766.12 | 878,905 |
| | 11/17/2021 | $774.27 | 880,610 | 12/13/2021 | $483.06 | 882,246 |
| | 01/10/2022 | $1,065.49 | 883,905 | 03/14/2022 | $1,551.65 | 887,298 |
| | 04/18/2022 | $801.78 | 888,965 | 05/16/2022 | $800.39 | 890,700 |
| | 06/20/2022 | $789.29 | 892,370 | 07/18/2022 | $789.30 | 894,115 |
| | 08/15/2022 | $789.29 | 895,680 | 09/19/2022 | $789.30 | 897,264 |
| | 10/17/2022 | $697.31 | 898,941 | 11/14/2022 | $682.86 | 900,505 |
| | 12/12/2022 | $682.86 | 902,079 | 01/09/2023 | $304.58 | 903,569 |
| | 02/13/2023 | $1,061.14 | 905,074 | 03/13/2023 | $682.86 | 906,689 |
| | 04/17/2023 | $682.86 | 908,256 | 05/15/2023 | $365.49 | 909,896 |
| | 06/12/2023 | $615.37 | 911,352 | 07/17/2023 | $1,049.92 | 912,868 |
| | 09/18/2023 | $1,351.27 | 915,881 | 10/16/2023 | $675.64 | 917,384 |
| | 11/13/2023 | $664.79 | 918,810 | 12/11/2023 | $296.52 | 920,232 |
| | 01/08/2024 | $177.91 | 921,629 | 02/12/2024 | $1,151.68 | 922,958 |
| | 04/15/2024 | $664.79 | 925,837 | 05/10/2024 | $664.79 | 927,330 |
| | 06/17/2024 | $1,329.59 | 928,702 | 08/19/2024 | $1,372.95 | 931,601 |
| | 09/16/2024 | $686.47 | 933,087 | 11/18/2024 | $932.09 | 935,936 |
| | 01/13/2025 | $466.04 | 938,741 | 02/10/2025 | $466.04 | 940,128 |
| | 03/17/2025 | $466.04 | 941,479 | 04/14/2025 | $932.07 | 942,951 |
| | 06/16/2025 | $941.99 | 945,779 | 08/18/2025 | $914.44 | 948,665 |
| | 11/17/2025 | $1,395.15 | 952,835 | | | |

**Chapter 13 Case # 19-17722**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | | |
| | 10/21/2019 | $3,719.79 | 835,673 | | 11/18/2019 | $1,264.85 | 837,739 |
| | 12/16/2019 | $1,264.85 | 839,647 | | 01/13/2020 | $1,264.85 | 841,535 |
| | 02/10/2020 | $1,227.20 | 843,420 | | 03/16/2020 | $1,227.21 | 845,341 |
| | 04/20/2020 | $1,227.21 | 847,279 | | 05/18/2020 | $560.97 | 849,126 |
| | 06/15/2020 | $431.51 | 850,820 | | 07/20/2020 | $310.44 | 852,643 |
| | 08/17/2020 | $310.44 | 854,499 | | 09/21/2020 | $221.75 | 856,337 |
| | 10/19/2020 | $297.38 | 858,196 | | 10/19/2020 | $13.63 | 858,196 |
| | 11/16/2020 | $1,885.35 | 859,981 | | 11/16/2020 | $86.38 | 859,981 |
| | 12/21/2020 | $1,614.34 | 861,820 | | 12/21/2020 | $73.96 | 861,820 |
| | 01/11/2021 | $271.02 | 863,572 | | 01/11/2021 | $12.42 | 863,572 |
| | 02/22/2021 | $1,034.65 | 865,326 | | 02/22/2021 | $1,205.75 | 865,326 |
| | 03/15/2021 | $406.32 | 867,115 | | 03/15/2021 | $473.51 | 867,115 |
| | 04/19/2021 | $406.32 | 868,853 | | 04/19/2021 | $473.52 | 868,853 |
| | 05/17/2021 | $406.32 | 870,726 | | 05/17/2021 | $473.52 | 870,726 |
| | 06/21/2021 | $344.51 | 872,539 | | 06/21/2021 | $552.53 | 872,539 |
| | 07/19/2021 | $94.26 | 874,316 | | 07/19/2021 | $151.17 | 874,316 |
| | 08/16/2021 | $109.03 | 876,006 | | 08/16/2021 | $174.86 | 876,006 |
| | 09/20/2021 | $109.03 | 877,762 | | 09/20/2021 | $174.86 | 877,762 |
| | 10/18/2021 | $109.03 | 879,507 | | 10/18/2021 | $174.86 | 879,507 |
| | 11/17/2021 | $110.19 | 881,217 | | 11/17/2021 | $176.72 | 881,217 |
| | 12/13/2021 | $68.74 | 882,836 | | 12/13/2021 | $110.25 | 882,836 |
| | 01/10/2022 | $151.63 | 884,484 | | 01/10/2022 | $243.18 | 884,484 |
| | 03/14/2022 | $220.81 | 887,895 | | 03/14/2022 | $354.14 | 887,895 |
| | 04/18/2022 | $114.10 | 889,630 | | 04/18/2022 | $183.00 | 889,630 |
| | 05/16/2022 | $113.90 | 891,317 | | 05/16/2022 | $182.68 | 891,317 |
| | 06/20/2022 | $112.32 | 893,022 | | 06/20/2022 | $180.14 | 893,022 |
| | 07/18/2022 | $112.33 | 894,696 | | 07/18/2022 | $180.15 | 894,696 |
| | 08/15/2022 | $112.32 | 896,280 | | 08/15/2022 | $180.14 | 896,280 |
| | 09/19/2022 | $112.33 | 897,902 | | 09/19/2022 | $180.15 | 897,902 |
| | 10/17/2022 | $99.23 | 899,546 | | 10/17/2022 | $285.22 | 899,546 |
| | 11/14/2022 | $97.18 | 901,113 | | 11/14/2022 | $279.31 | 901,113 |
| | 12/12/2022 | $97.18 | 902,661 | | 12/12/2022 | $279.31 | 902,661 |
| | 01/09/2023 | $43.34 | 904,157 | | 01/09/2023 | $124.58 | 904,157 |
| | 02/13/2023 | $151.01 | 905,699 | | 02/13/2023 | $434.03 | 905,699 |
| | 03/13/2023 | $97.18 | 907,304 | | 03/13/2023 | $279.31 | 907,304 |
| | 04/17/2023 | $97.18 | 908,918 | | 04/17/2023 | $279.31 | 908,918 |
| | 05/15/2023 | $52.01 | 910,495 | | 05/15/2023 | $149.50 | 910,495 |
| | 06/12/2023 | $87.57 | 911,975 | | 06/12/2023 | $251.70 | 911,975 |
| | 07/17/2023 | $149.42 | 913,500 | | 07/17/2023 | $429.44 | 913,500 |
| | 09/18/2023 | $192.30 | 916,514 | | 09/18/2023 | $552.71 | 916,514 |
| | 10/16/2023 | $96.15 | 917,987 | | 10/16/2023 | $276.35 | 917,987 |
| | 11/13/2023 | $94.61 | 919,433 | | 11/13/2023 | $271.92 | 919,433 |
| | 12/11/2023 | $42.20 | 920,831 | | 12/11/2023 | $121.28 | 920,831 |
| | 01/08/2024 | $25.32 | 922,211 | | 01/08/2024 | $72.77 | 922,211 |
| | 02/12/2024 | $163.90 | 923,591 | | 02/12/2024 | $471.07 | 923,591 |
| | 04/15/2024 | $94.61 | 926,485 | | 04/15/2024 | $271.92 | 926,485 |
| | 05/10/2024 | $94.61 | 927,919 | | 05/10/2024 | $271.92 | 927,919 |
| | 06/17/2024 | $189.21 | 929,370 | | 06/17/2024 | $543.84 | 929,370 |
| | 08/19/2024 | $195.38 | 932,256 | | 08/19/2024 | $561.57 | 932,256 |
| | 09/16/2024 | $97.69 | 933,679 | | 09/16/2024 | $280.78 | 933,679 |
| | 11/18/2024 | $132.65 | 936,572 | | 11/18/2024 | $1,042.76 | 936,572 |
| | 01/13/2025 | $66.32 | 939,387 | | 01/13/2025 | $521.38 | 939,387 |
| | 02/10/2025 | $66.32 | 940,734 | | 02/10/2025 | $521.38 | 940,734 |
| | 03/17/2025 | $66.32 | 942,154 | | 03/17/2025 | $521.38 | 942,154 |
| | 04/14/2025 | $132.65 | 943,587 | | 04/14/2025 | $1,042.76 | 943,587 |
| | 06/16/2025 | $134.06 | 946,463 | | 06/16/2025 | $1,053.85 | 946,463 |
| | 08/18/2025 | $130.13 | 949,267 | | 08/18/2025 | $1,085.33 | 949,267 |
| | 11/17/2025 | $198.55 | 953,513 | | 11/17/2025 | $1,655.88 | 953,513 |

**Chapter 13 Case # 19-17722**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | | |
| | 10/21/2019 | $43.96 | 836,364 | | 10/22/2019 | ($43.96) | 836,364 |
| | 10/22/2019 | $43.96 | 836,656 | | 11/18/2019 | $14.95 | 838,369 |
| | 12/16/2019 | $14.95 | 840,243 | | 01/13/2020 | $14.95 | 842,122 |
| | 02/10/2020 | $14.50 | 844,002 | | 02/10/2020 | $38.09 | 844,002 |
| | 03/16/2020 | $14.50 | 845,952 | | 03/16/2020 | $38.09 | 845,952 |
| | 04/20/2020 | $14.50 | 847,913 | | 04/20/2020 | $38.09 | 847,913 |
| | 05/18/2020 | $6.63 | 849,680 | | 05/18/2020 | $17.41 | 849,680 |
| | 06/15/2020 | $5.10 | 851,364 | | 06/15/2020 | $13.39 | 851,364 |
| | 07/20/2020 | $9.64 | 853,240 | | 08/17/2020 | $7.34 | 855,050 |
| | 08/17/2020 | $9.64 | 855,050 | | 09/21/2020 | $6.88 | 856,933 |
| | 10/19/2020 | $6.13 | 858,760 | | 10/19/2020 | $9.23 | 858,760 |
| | 11/16/2020 | $22.28 | 860,534 | | 11/16/2020 | $58.53 | 860,534 |
| | 12/21/2020 | $19.08 | 862,428 | | 12/21/2020 | $50.11 | 862,428 |
| | 01/11/2021 | $8.41 | 864,021 | | 02/22/2021 | $15.43 | 865,960 |
| | 02/22/2021 | $32.12 | 865,960 | | 03/15/2021 | $12.61 | 867,563 |
| | 04/19/2021 | $9.60 | 869,454 | | 04/19/2021 | $12.61 | 869,454 |
| | 05/17/2021 | $12.61 | 871,246 | | 06/21/2021 | $8.87 | 873,107 |
| | 06/21/2021 | $10.70 | 873,107 | | 08/16/2021 | $6.31 | 876,539 |
| | 10/18/2021 | $6.76 | 880,052 | | 11/17/2021 | $6.28 | 881,729 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 5,257.49 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 4,907.50 | * | 0.00 | |
| 0002 | MIDFIRST BANK | MORTGAGE ARRE | 24,620.66 | 100.00% | 24,531.58 | |
| 0003 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 223.84 | 100.00% | 223.84 | |
| 0006 | JPMORGAN CHASE | MTGS PD IN FULL | 34,596.00 | 100.00% | 33,970.02 | |
| 0007 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 5,293.31 | * | 0.00 | |
| 0008 | U.S. DEPT. OF HOUSING & URBAN DEVEL | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0009 | TOYOTA MOTOR CREDIT CORPORATION | (NEW) Auto Agree | 391.23 | 100.00% | 391.23 | |
| 0010 | MIDFIRST BANK | (NEW) MTG Agree | 20,937.05 | 100.00% | 19,944.08 | |

**Total Paid:  $87,068.24**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $90,801.92        -      Paid to Claims: $79,060.75      -      Admin Costs Paid: $8,007.49    =    Funds on Hand: $3,733.68

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.