**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JOHN D BRINKLEY** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **District of New Jersey** (State) |
| Case Number: | **19-17722** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made                    **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

---

**Part 1:**  **Mortgage Information**

**Name of claim holder:**   MIDFIRST BANK

**Court claim no.**  (if known):
6

**Last 4 digits** of any number you use to identify the debtor's account     7   2   4   6

**Property Address:**         1115 LORAINE AVE
PLAINFIELD, NJ  07062

---

**Part 2:**  **Statement of Completion**

The debtor has completed all payments due under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

---

**Part 3:**  **Arrearages**

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $   24,620.66 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $   24,620.66 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $   20,937.05 |
| d.  Total amount of arrearages disbursed by the trustee: | $   45,557.71 |

| Part 4: | Postpetition Mortgage Payment |
|---------|-------------------------------|

*Check one*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:   $   20,937.05

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____.
     subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claim

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---------|-------------------------------------------|

  Amount of postpetition fees, expenses, and charges disbursed by the trustee:         (d)   $         -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g) |
|---------|-----------------------------------------------------|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Marie-Ann Greenberg                                    Date   06/08/2026
   Signature

Trustee        Marie-Ann Greenberg

Address        30 TWO BRIDGES ROAD
               SUITE 330
               FAIRFIELD, NJ  07004-1550

Contact phone  (973) 227-2840          Email   mag@magtrustee.com

| Debtor 1 | **JOHN D BRINKLEY** | Case number *(if known)* **19-17722** |
|---|---|---|
| | Name | |

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 6 | MIDFIRST BANK | 10/21/2019 | 0835673 | Principal (System Check) | 3,719.79 |
| 6 | MIDFIRST BANK | 11/18/2019 | 0837739 | Principal (System Check) | 1,264.85 |
| 6 | MIDFIRST BANK | 12/16/2019 | 0839647 | Principal (System Check) | 1,264.85 |
| 6 | MIDFIRST BANK | 01/13/2020 | 0841535 | Principal (System Check) | 1,264.85 |
| 6 | MIDFIRST BANK | 02/10/2020 | 0843420 | Principal (System Check) | 1,227.20 |
| 6 | MIDFIRST BANK | 03/16/2020 | 0845341 | Principal (System Check) | 1,227.21 |
| 6 | MIDFIRST BANK | 04/20/2020 | 0847279 | Principal (System Check) | 1,227.21 |
| 6 | MIDFIRST BANK | 05/18/2020 | 0849126 | Principal (System Check) | 560.97 |
| 6 | MIDFIRST BANK | 06/15/2020 | 0850820 | Principal (System Check) | 431.51 |
| 6 | MIDFIRST BANK | 07/20/2020 | 0852643 | Principal (System Check) | 310.44 |
| 6 | MIDFIRST BANK | 08/17/2020 | 0854499 | Principal (System Check) | 310.44 |
| 6 | MIDFIRST BANK | 09/21/2020 | 0856337 | Principal (System Check) | 221.75 |
| 6 | MIDFIRST BANK | 10/19/2020 | 0858196 | Principal (System Check) | 297.38 |
| 6 | MIDFIRST BANK | 11/16/2020 | 0859981 | Principal (System Check) | 1,885.35 |
| 6 | MIDFIRST BANK | 12/21/2020 | 0861820 | Principal (System Check) | 1,614.34 |
| 6 | MIDFIRST BANK | 01/11/2021 | 0863572 | Principal (System Check) | 271.02 |
| 6 | MIDFIRST BANK | 02/22/2021 | 0865326 | Principal (System Check) | 1,034.65 |
| 6 | MIDFIRST BANK | 03/15/2021 | 0867115 | Principal (System Check) | 406.32 |
| 6 | MIDFIRST BANK | 04/19/2021 | 0868853 | Principal (System Check) | 406.32 |
| 6 | MIDFIRST BANK | 05/17/2021 | 0870726 | Principal (System Check) | 406.32 |
| 6 | MIDFIRST BANK | 06/21/2021 | 0872539 | Principal (System Check) | 344.51 |
| 6 | MIDFIRST BANK | 07/19/2021 | 0874316 | Principal (System Check) | 94.26 |
| 6 | MIDFIRST BANK | 08/16/2021 | 0876006 | Principal (System Check) | 109.03 |
| 6 | MIDFIRST BANK | 09/20/2021 | 0877762 | Principal (System Check) | 109.03 |
| 6 | MIDFIRST BANK | 10/18/2021 | 0879507 | Principal (System Check) | 109.03 |
| 6 | MIDFIRST BANK | 11/17/2021 | 0881217 | Principal (System Check) | 110.19 |
| 6 | MIDFIRST BANK | 12/13/2021 | 0882836 | Principal (System Check) | 68.74 |
| 6 | MIDFIRST BANK | 01/10/2022 | 0884484 | Principal (System Check) | 151.63 |
| 6 | MIDFIRST BANK | 03/14/2022 | 0887895 | Principal (System Check) | 220.81 |
| 6 | MIDFIRST BANK | 04/18/2022 | 0889630 | Principal (System Check) | 114.10 |
| 6 | MIDFIRST BANK | 05/16/2022 | 0891317 | Principal (System Check) | 113.90 |
| 6 | MIDFIRST BANK | 06/20/2022 | 0893022 | Principal (System Check) | 112.32 |
| 6 | MIDFIRST BANK | 07/18/2022 | 0894696 | Principal (System Check) | 112.33 |
| 6 | MIDFIRST BANK | 08/15/2022 | 0896280 | Principal (System Check) | 112.32 |
| 6 | MIDFIRST BANK | 09/19/2022 | 0897902 | Principal (System Check) | 112.33 |
| 6 | MIDFIRST BANK | 10/17/2022 | 0899546 | Principal (System Check) | 99.23 |
| 6 | MIDFIRST BANK | 11/14/2022 | 0901113 | Principal (System Check) | 97.18 |
| 6 | MIDFIRST BANK | 12/12/2022 | 0902661 | Principal (System Check) | 97.18 |
| 6 | MIDFIRST BANK | 01/09/2023 | 0904157 | Principal (System Check) | 43.34 |
| 6 | MIDFIRST BANK | 02/13/2023 | 0905699 | Principal (System Check) | 151.01 |
| 6 | MIDFIRST BANK | 03/13/2023 | 0907304 | Principal (System Check) | 97.18 |
| 6 | MIDFIRST BANK | 04/17/2023 | 0908918 | Principal (System Check) | 97.18 |
| 6 | MIDFIRST BANK | 05/15/2023 | 0910495 | Principal (System Check) | 52.01 |
| 6 | MIDFIRST BANK | 06/12/2023 | 0911975 | Principal (System Check) | 87.57 |
| 6 | MIDFIRST BANK | 07/17/2023 | 0913500 | Principal (System Check) | 149.42 |
| 6 | MIDFIRST BANK | 09/18/2023 | 0916514 | Principal (System Check) | 192.30 |
| 6 | MIDFIRST BANK | 10/16/2023 | 0917987 | Principal (System Check) | 96.15 |
| 6 | MIDFIRST BANK | 11/13/2023 | 0919433 | Principal (System Check) | 94.61 |
| 6 | MIDFIRST BANK | 12/11/2023 | 0920831 | Principal (System Check) | 42.20 |
| 6 | MIDFIRST BANK | 01/08/2024 | 0922211 | Principal (System Check) | 25.32 |
| 6 | MIDFIRST BANK | 02/12/2024 | 0923591 | Principal (System Check) | 163.90 |
| 6 | MIDFIRST BANK | 04/15/2024 | 0926485 | Principal (System Check) | 94.61 |
| 6 | MIDFIRST BANK | 05/10/2024 | 0927919 | Principal (System Check) | 94.61 |
| 6 | MIDFIRST BANK | 06/17/2024 | 0929370 | Principal (System Check) | 189.21 |
| 6 | MIDFIRST BANK | 08/19/2024 | 0932256 | Principal (System Check) | 195.38 |
| 6 | MIDFIRST BANK | 09/16/2024 | 0933679 | Principal (System Check) | 97.69 |
| 6 | MIDFIRST BANK | 11/18/2024 | 0936572 | Principal (System Check) | 132.65 |
| 6 | MIDFIRST BANK | 01/13/2025 | 0939387 | Principal (System Check) | 66.32 |
| 6 | MIDFIRST BANK | 02/10/2025 | 0940734 | Principal (System Check) | 66.32 |
| 6 | MIDFIRST BANK | 03/17/2025 | 0942154 | Principal (System Check) | 66.32 |
| 6 | MIDFIRST BANK | 04/14/2025 | 0943587 | Principal (System Check) | 132.65 |
| 6 | MIDFIRST BANK | 06/16/2025 | 0946463 | Principal (System Check) | 134.06 |
| 6 | MIDFIRST BANK | 08/18/2025 | 0949267 | Principal (System Check) | 130.13 |
| 6 | MIDFIRST BANK | 11/17/2025 | 0953513 | Principal (System Check) | 198.55 |
| 6 | MIDFIRST BANK | 02/09/2026 | 0957696 | Principal (System Check) | 89.08 |

| Debtor 1 | **JOHN D BRINKLEY** | Case number *(if known)* **19-17722** |
|---|---|---|
| | Name | |

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| | | | | Total for Claim Number 6: | 24,620.66 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **24,620.66** |

## Part 3 - c (Postpetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| | MIDFIRST BANK | 10/19/2020 | 0858196 | Principal (System Check) | 13.63 |
| | MIDFIRST BANK | 11/16/2020 | 0859981 | Principal (System Check) | 86.38 |
| | MIDFIRST BANK | 12/21/2020 | 0861820 | Principal (System Check) | 73.96 |
| | MIDFIRST BANK | 01/11/2021 | 0863572 | Principal (System Check) | 12.42 |
| | MIDFIRST BANK | 02/22/2021 | 0865326 | Principal (System Check) | 1,205.75 |
| | MIDFIRST BANK | 03/15/2021 | 0867115 | Principal (System Check) | 473.51 |
| | MIDFIRST BANK | 04/19/2021 | 0868853 | Principal (System Check) | 473.52 |
| | MIDFIRST BANK | 05/17/2021 | 0870726 | Principal (System Check) | 473.52 |
| | MIDFIRST BANK | 06/21/2021 | 0872539 | Principal (System Check) | 552.53 |
| | MIDFIRST BANK | 07/19/2021 | 0874316 | Principal (System Check) | 151.17 |
| | MIDFIRST BANK | 08/16/2021 | 0876006 | Principal (System Check) | 174.86 |
| | MIDFIRST BANK | 09/20/2021 | 0877762 | Principal (System Check) | 174.86 |
| | MIDFIRST BANK | 10/18/2021 | 0879507 | Principal (System Check) | 174.86 |
| | MIDFIRST BANK | 11/17/2021 | 0881217 | Principal (System Check) | 176.72 |
| | MIDFIRST BANK | 12/13/2021 | 0882836 | Principal (System Check) | 110.25 |
| | MIDFIRST BANK | 01/10/2022 | 0884484 | Principal (System Check) | 243.18 |
| | MIDFIRST BANK | 03/14/2022 | 0887895 | Principal (System Check) | 354.14 |
| | MIDFIRST BANK | 04/18/2022 | 0889630 | Principal (System Check) | 183.00 |
| | MIDFIRST BANK | 05/16/2022 | 0891317 | Principal (System Check) | 182.68 |
| | MIDFIRST BANK | 06/20/2022 | 0893022 | Principal (System Check) | 180.14 |
| | MIDFIRST BANK | 07/18/2022 | 0894696 | Principal (System Check) | 180.15 |
| | MIDFIRST BANK | 08/15/2022 | 0896280 | Principal (System Check) | 180.14 |
| | MIDFIRST BANK | 09/19/2022 | 0897902 | Principal (System Check) | 180.15 |
| | MIDFIRST BANK | 10/17/2022 | 0899546 | Principal (System Check) | 285.22 |
| | MIDFIRST BANK | 11/14/2022 | 0901113 | Principal (System Check) | 279.31 |
| | MIDFIRST BANK | 12/12/2022 | 0902661 | Principal (System Check) | 279.31 |
| | MIDFIRST BANK | 01/09/2023 | 0904157 | Principal (System Check) | 124.58 |
| | MIDFIRST BANK | 02/13/2023 | 0905699 | Principal (System Check) | 434.03 |
| | MIDFIRST BANK | 03/13/2023 | 0907304 | Principal (System Check) | 279.31 |
| | MIDFIRST BANK | 04/17/2023 | 0908918 | Principal (System Check) | 279.31 |
| | MIDFIRST BANK | 05/15/2023 | 0910495 | Principal (System Check) | 149.50 |
| | MIDFIRST BANK | 06/12/2023 | 0911975 | Principal (System Check) | 251.70 |
| | MIDFIRST BANK | 07/17/2023 | 0913500 | Principal (System Check) | 429.44 |
| | MIDFIRST BANK | 09/18/2023 | 0916514 | Principal (System Check) | 552.71 |
| | MIDFIRST BANK | 10/16/2023 | 0917987 | Principal (System Check) | 276.35 |
| | MIDFIRST BANK | 11/13/2023 | 0919433 | Principal (System Check) | 271.92 |
| | MIDFIRST BANK | 12/11/2023 | 0920831 | Principal (System Check) | 121.28 |
| | MIDFIRST BANK | 01/08/2024 | 0922211 | Principal (System Check) | 72.77 |
| | MIDFIRST BANK | 02/12/2024 | 0923591 | Principal (System Check) | 471.07 |
| | MIDFIRST BANK | 04/15/2024 | 0926485 | Principal (System Check) | 271.92 |
| | MIDFIRST BANK | 05/10/2024 | 0927919 | Principal (System Check) | 271.92 |
| | MIDFIRST BANK | 06/17/2024 | 0929370 | Principal (System Check) | 543.84 |
| | MIDFIRST BANK | 08/19/2024 | 0932256 | Principal (System Check) | 561.57 |
| | MIDFIRST BANK | 09/16/2024 | 0933679 | Principal (System Check) | 280.78 |
| | MIDFIRST BANK | 11/18/2024 | 0936572 | Principal (System Check) | 1,042.76 |
| | MIDFIRST BANK | 01/13/2025 | 0939387 | Principal (System Check) | 521.38 |
| | MIDFIRST BANK | 02/10/2025 | 0940734 | Principal (System Check) | 521.38 |
| | MIDFIRST BANK | 03/17/2025 | 0942154 | Principal (System Check) | 521.38 |
| | MIDFIRST BANK | 04/14/2025 | 0943587 | Principal (System Check) | 1,042.76 |
| | MIDFIRST BANK | 06/16/2025 | 0946463 | Principal (System Check) | 1,053.85 |
| | MIDFIRST BANK | 08/18/2025 | 0949267 | Principal (System Check) | 1,085.33 |
| | MIDFIRST BANK | 11/17/2025 | 0953513 | Principal (System Check) | 1,655.88 |
| | MIDFIRST BANK | 02/09/2026 | 0957696 | Principal (System Check) | 992.97 |
| | | | | Total for Claim Number : | 20,937.05 |
| | | | | **Total for Part 3 - c (Postpetition Arrears):** | **20,937.05** |

| Form 410C13-N | **Trustee's Notice of Disbursements Made** | Page 3 |
|---|---|---|

| Debtor 1 | **JOHN D BRINKLEY** | Case number *(if known)* **19-17722** |
|---|---|---|
| | Name | |

19-17722

---

### CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

---

JOHN D BRINKLEY
1115 LORAINE AVENUE
PLAINFIELD, NJ  07062


MIDFIRST BANK                           KML LAW GROUP, PC
999 NORTHWEST GRAND BOULEVARD           216 HADDON AVENUE
OKLAHOMA CITY, OK  73118                SUITE 406
                                        WESTMONT, NJ  08108

---

Service to the following is effective through electronic means pursuant to Fed.  R. Bankr. P. 9036.  See Bankruptcy Court's Notice of Electronic Filing:

---

DONALD C GOINS, ESQ
GOINS & GOINS, LLC
323 WASHINGTON AVE
ELIZABETH, NJ  07202


Date:    June 08, 2026                    /s/ Charles DArrigo

                                          30 TWO BRIDGES ROAD
                                          SUITE 330
                                          FAIRFIELD, NJ  07004-1550

---