**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JOHN D BRINKLEY** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **District of New Jersey** _(State)_ |
| Case Number: | **19-17722** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made                12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   JPMORGAN CHASE

**Court claim no.**  (if known):
5

**Last 4 digits** of any number you use to identify the debtor's account    3   5   7   2

**Property Address:**         1115 LORAINE AVE
PLAINFIELD, NJ  07062

### Part 2:   Statement of Completion

The debtor has completed all payments due under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $    34,596.00 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $    34,596.00 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $    -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $    34,596.00 |

| Part 4: | Postpetition Mortgage Payment |
|---|---|

*Check one*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice :     $ _____ 0.00

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____.
     subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claim

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     (d)  $ _____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Marie-Ann Greenberg                              Date     06/08/2026
Signature

Trustee        Marie-Ann Greenberg

Address        30 TWO BRIDGES ROAD
               SUITE 330
               FAIRFIELD, NJ  07004-1550

Contact phone  (973) 227-2840          Email   mag@magtrustee.com

| Debtor 1 | **JOHN D BRINKLEY** | Case number *(if known)* | **19-17722** |
|---|---|---|---|
| | Name | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 5 | JPMORGAN CHASE | 07/19/2021 | 0873721 | Principal (System Check) | 662.33 |
| 5 | JPMORGAN CHASE | 08/16/2021 | 0875406 | Principal (System Check) | 766.12 |
| 5 | JPMORGAN CHASE | 09/20/2021 | 0877123 | Principal (System Check) | 766.12 |
| 5 | JPMORGAN CHASE | 10/18/2021 | 0878905 | Principal (System Check) | 766.12 |
| 5 | JPMORGAN CHASE | 11/17/2021 | 0880610 | Principal (System Check) | 774.27 |
| 5 | JPMORGAN CHASE | 12/13/2021 | 0882246 | Principal (System Check) | 483.06 |
| 5 | JPMORGAN CHASE | 01/10/2022 | 0883905 | Principal (System Check) | 1,065.49 |
| 5 | JPMORGAN CHASE | 03/14/2022 | 0887298 | Principal (System Check) | 1,551.65 |
| 5 | JPMORGAN CHASE | 04/18/2022 | 0888965 | Principal (System Check) | 801.78 |
| 5 | JPMORGAN CHASE | 05/16/2022 | 0890700 | Principal (System Check) | 800.39 |
| 5 | JPMORGAN CHASE | 06/20/2022 | 0892370 | Principal (System Check) | 789.29 |
| 5 | JPMORGAN CHASE | 07/18/2022 | 0894115 | Principal (System Check) | 789.30 |
| 5 | JPMORGAN CHASE | 08/15/2022 | 0895680 | Principal (System Check) | 789.29 |
| 5 | JPMORGAN CHASE | 09/19/2022 | 0897264 | Principal (System Check) | 789.30 |
| 5 | JPMORGAN CHASE | 10/17/2022 | 0898941 | Principal (System Check) | 697.31 |
| 5 | JPMORGAN CHASE | 11/14/2022 | 0900505 | Principal (System Check) | 682.86 |
| 5 | JPMORGAN CHASE | 12/12/2022 | 0902079 | Principal (System Check) | 682.86 |
| 5 | JPMORGAN CHASE | 01/09/2023 | 0903569 | Principal (System Check) | 304.58 |
| 5 | JPMORGAN CHASE | 02/13/2023 | 0905074 | Principal (System Check) | 1,061.14 |
| 5 | JPMORGAN CHASE | 03/13/2023 | 0906689 | Principal (System Check) | 682.86 |
| 5 | JPMORGAN CHASE | 04/17/2023 | 0908256 | Principal (System Check) | 682.86 |
| 5 | JPMORGAN CHASE | 05/15/2023 | 0909896 | Principal (System Check) | 365.49 |
| 5 | JPMORGAN CHASE | 06/12/2023 | 0911352 | Principal (System Check) | 615.37 |
| 5 | JPMORGAN CHASE | 07/17/2023 | 0912868 | Principal (System Check) | 1,049.92 |
| 5 | JPMORGAN CHASE | 09/18/2023 | 0915881 | Principal (System Check) | 1,351.27 |
| 5 | JPMORGAN CHASE | 10/16/2023 | 0917384 | Principal (System Check) | 675.64 |
| 5 | JPMORGAN CHASE | 11/13/2023 | 0918810 | Principal (System Check) | 664.79 |
| 5 | JPMORGAN CHASE | 12/11/2023 | 0920232 | Principal (System Check) | 296.52 |
| 5 | JPMORGAN CHASE | 01/08/2024 | 0921629 | Principal (System Check) | 177.91 |
| 5 | JPMORGAN CHASE | 02/12/2024 | 0922958 | Principal (System Check) | 1,151.68 |
| 5 | JPMORGAN CHASE | 04/15/2024 | 0925837 | Principal (System Check) | 664.79 |
| 5 | JPMORGAN CHASE | 05/10/2024 | 0927330 | Principal (System Check) | 664.79 |
| 5 | JPMORGAN CHASE | 06/17/2024 | 0928702 | Principal (System Check) | 1,329.59 |
| 5 | JPMORGAN CHASE | 08/19/2024 | 0931601 | Principal (System Check) | 1,372.95 |
| 5 | JPMORGAN CHASE | 09/16/2024 | 0933087 | Principal (System Check) | 686.47 |
| 5 | JPMORGAN CHASE | 11/18/2024 | 0935936 | Principal (System Check) | 932.09 |
| 5 | JPMORGAN CHASE | 01/13/2025 | 0938741 | Principal (System Check) | 466.04 |
| 5 | JPMORGAN CHASE | 02/10/2025 | 0940128 | Principal (System Check) | 466.04 |
| 5 | JPMORGAN CHASE | 03/17/2025 | 0941479 | Principal (System Check) | 466.04 |
| 5 | JPMORGAN CHASE | 04/14/2025 | 0942951 | Principal (System Check) | 932.07 |
| 5 | JPMORGAN CHASE | 06/16/2025 | 0945779 | Principal (System Check) | 941.99 |
| 5 | JPMORGAN CHASE | 08/18/2025 | 0948665 | Principal (System Check) | 914.44 |
| 5 | JPMORGAN CHASE | 11/17/2025 | 0952835 | Principal (System Check) | 1,395.15 |
| 5 | JPMORGAN CHASE | 02/09/2026 | 0957061 | Principal (System Check) | 625.98 |
| | | | | Total for Claim Number 5: | 34,596.00 |

**Total for Part 3 - b (Prepetition Arrears):** **34,596.00**

Form 410C13-N                 **Trustee's Notice of Disbursements Made**                 Page 2

| Debtor 1 | **JOHN D BRINKLEY** | Case number *(if known)* **19-17722** |
|---|---|---|
| | Name | |

19-17722

---

**CERTIFICATE OF SERVICE**

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

---

JOHN D BRINKLEY
1115 LORAINE AVENUE
PLAINFIELD, NJ  07062

JPMORGAN CHASE
HE PAYMENT PROCESSING
3415 VISION DR OH4-7164
COLUMBUS, OH  43219

JPMORGAN CHASE BANK NA
700 KANSAS LN MAIL CODE LA4-5555
MONROE, LA  71203

---

Service to the following is effective through electronic means pursuant to Fed.  R. Bankr. P. 9036.  See Bankruptcy Court's Notice of Electronic Filing:

---

DONALD C GOINS, ESQ
GOINS & GOINS, LLC
323 WASHINGTON AVE
ELIZABETH, NJ  07202

Date:      June 08, 2026                    /s/ Charles DArrigo

                                            30 TWO BRIDGES ROAD
                                            SUITE 330
                                            FAIRFIELD, NJ  07004-1550

Form 410C13-N          **Trustee's Notice of Disbursements Made**          Page 3